LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
 1420 E. Cooley Dr., Suite 100
 Colton, California 92324
 Telephone: (909) 796-4560
 Facsimile: (909) 796-3402
 E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| CHADWICK PAUL SOREY, | No. EDCV 16 – 0507 DTB |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND THREE HUNDRED NINETY DOLLARS AND 69/100 ($2,390.69) subject to the terms of the stipulation.

DATE: May 10, 2017    _____
　　　　　　　　　　　 HON. DAVID T. BRISTOW,
　　　　　　　　　　　 UNITED STATES MAGISTRATE JUDGE

-1-